FILED
June 22, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17CR00071-JAM-4 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSE E. RODRIGUEZ JR., ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE E. RODRIGUEZ JR.  , Case No. 2:17CR00071-JAM-4 , Charge  18USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $_____

    ___  Unsecured Appearance Bond $_____

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    ✔  (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 22, 2017  at  2:00 pm  .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court