1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTOPEHR S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00071 JAM |
| Plaintiff, | ORDER DISMISSING WITHOUT PREJUDICE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOSE E. RODRIGUEZ, JR., | |
| Defendant. | |

**ORDER**

The Court has reviewed the deferred prosecution agreement between the parties, and the parties' related motions and stipulated requests. In light of the written deferred prosecution agreement, and for the reasons stated in the stipulation filed by the parties, the Court HEREBY FINDS AND ORDERS as follows:

1. The charge against defendant in Count 1 of the indictment, for Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371, is hereby dismissed only as to defendant Jose E. Rodriguez, Jr. without prejudice, pursuant to the government's motion and Federal Rule of Criminal Procedure 48(a);

2. The trial date set for June 24, 2019, is hereby vacated. All related filing dates for motions in limine and trial documents are likewise vacated.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

seq., within which trial must commence, the time period of May 29, 2019, through May 28, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(2) [Local Code L] because this is a "period of delay during which prosecution is deferred by the attorney for the Government pursuant to a written agreement with the defendant … for the purpose of allowing the defendant to demonstrate his good conduct." 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED this 30th day of May, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE